UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**LUCY H. CARRILLO**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 17, 2026

Michele Gillespie
40 Piha Poepoe Way #310
Wailuku, HI 96793

Re: Michele Gillespie v. BIT Wailuku LLC, et al.
USDC HI Case No. CV 26-00484 DKW-KJM

Dear Michele Gillespie,

Pursuant to the "Order (1) Granting IFP Application, (2) Directing Service of the Complaint, (3) Denying as Moot Motion to Accept Complaint, (4) Denying Without Prejudice Motion for Appointment of Counsel, and (5) Setting Briefing on the TRO Motion", ECF No. 14, filed on September 17, 2026, enclosed are the following documents and/or forms to effect service of the Complaint:

For each of the four named Defendants, please find: one copy of the Complaint, Dkt. No. 1; one summons; one USM-285 form; one Notice of Lawsuit and Request for Waiver of Service of Summons form (AO 398); two (2) Waiver of Service of Summons forms (AO 399); an instruction sheet; and a copy the September 17th Order.

Please mail the completed forms to the U.S. Marshals Service at P. O. Box 50184, Honolulu, HI 96850.

Sincerely Yours,

Lucy H. Carrillo, CLERK

By: /s/ EA, Deputy Clerk

encl.